UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARY KNOX, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-02328-APG-NJK |
| vs. | ) | ORDER |
| FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, | ) | |
| Defendant(s). | ) | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 13. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court

---

[1] This includes: Erica D. Loyd, Patrick W. Kang, and Susan Heaney Hilden.

1  no later than March 20, 2014, indicating that they have read and comprehend Local Rules 26-4 and
2  26-1.
3      IT IS SO ORDERED.
4      DATED: March 13, 2014

                                                          NANCY J. KOPPE
                                                           United States Magistrate Judge