**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223
F: (702) 507-1468

*Attorneys for Plaintiff*
*Mary Knox*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY KNOX, an Individual, ) | Case No.: 2:13-cv-02328 -APG-NJK |
| ) | |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **FOR DISMISSAL WITH PREJUDICE** |
| FLAMINGO LAS VEGAS OPERATING COMPANY, ) | |
| LLC., a Nevada Corporation d/b/a FLAMINGO ) | |
| LAS VEGAS; DOES 1 through 25, inclusive; ) | |
| and ROE CORPORATIONS 1 through 25, ) | |
| inclusive, ) | |
| Defendants. ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff MARY KNOX, by and through her attorneys, Patrick W. Kang, Esq. and Erica D. Loyd, Esq. of Kang & Associates, and Defendant FLAMINGO LAS VEGAS OPERATING COMPANY, LLC., by and through its attorneys, Susan H. Hilden, Esq. of Littler Mendelson, P.C., that the above-captioned matter shall be dismissed with prejudice.  Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

May 15th, 2014.

KANG & ASSOCIATES

BY:  /s/Erica D. Loyd
Erica D. Loyd, Esq.
State Bar No: 10922
KANG & ASSOCIATES
6480 W. Spring Mtn. Rd.
Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

May 15th, 2014.

LITTLER MENDELSON, P.C.

BY:  /s/Susan H. Hilden
Susan H. Hilden, Esq.
State Bar No.: 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, Nevada 89501-1944
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each side to bear its own fees and costs.  The Motion to Dismiss [#6] is DENIED as moot.

Dated:  May 15, 2014.

_____
UNITED STATES DISTRICT JUDGE